## ALIAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CESAR CASTRO, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>MATA ELECTRIC LLC., *et al.*,<br><br>      *Defendants*. | **_Summons_**<br>*(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)*<br><br>Civil Action No.: 2:20-cv-01929-GMB |

### SUMMONS IN A CIVIL ACTION

To:    Tina Annette Sharpe
         5138 Gold Leaf Ln.
         Pinson, AL 35126

A lawsuit has been filed against you.

Within **twenty-one (21)** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address is:

Jessica Myers Vosburgh
Adelante Alabama Worker Center
2104 Chapel Hill Rd., Birmingham, AL 35216

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

Date: 1-26-2021

SHARON N. HARRIS, CLERK

By: *Pamela Cook*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# ALIAS

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __19th__ day of __February__, __2021__, I served this summons together with the complaint as follows:

☑ By personal service on the defendant at  209 Killough Springs Rd, Birmingham, AL 35215

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.  (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association.  (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

2/19/21
Date

Server  John Alexander

*Authorized or Specially Appointed Process*
Process Delivery Service, LLC
8705-C US 31 N Kimberly, AL 35091
205-543-4201 orders@pdsdoc.com

Costs of Service:

Expenses: _____ miles @ _____ cents     $ _____

Service fee: $ _____

TOTAL $