UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CESAR CASTRO, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:20-cv-1929-GMB |
| MATA ELECTRIC, LLC, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On April 14, 2021, Plaintiffs filed an amended complaint indicating that service would be perfected on Defendants by the court's electronic filing system. Doc. 23 at 30. However, Defendants will not receive Plaintiffs' filings through the electronic filing system because no defense counsel has entered an appearance in this court. Accordingly, it is ORDERED that Plaintiffs shall serve their amended complaint (Doc. 23) on Defendants pursuant to Federal Rule of Civil Procedure 5(b)(2) no later than **May 3, 2021**.

Plaintiffs also filed motions for entry of default against three of the defendants on April 14, 2021. Docs. 24–26. However, the filing of Plaintiffs' amended complaint operates to grant the defendants an additional 14-day period to answer, so the motions for entry of default are premature. *See* Fed. R. Civ. P. 15(a)(3). Accordingly, it is ORDERED that Plaintiffs' motions for entry of default (Docs. 24–

26) are DENIED with leave to refile if and when appropriate.

    DONE and ORDERED on April 19, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE