UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CESAR CASTRO, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MATA ELECTRIC LLC, et al. )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action Number<br>2:20-cv-01929-AKK |

**FINAL JUDGMENT**

The court entered default judgment in this case against Mata Electric LLC, Mata Construction LLC, and Erick Mata ("the defendants")[1] for violations of the Fair Labor Standards Act ("FLSA") and Alabama state law. Doc. 39. In addition to awarding compensatory and statutory damages, the court also directed the plaintiffs to file a motion for attorney's fees and costs, *id.*, and the plaintiffs' motion is now before the court, doc. 41.

The plaintiffs seek attorney's fees and costs pursuant to the FLSA and Alabama's worthless check law, Alabama Code § 6-5-285. Doc. 41 at 1. Specifically, the plaintiffs request $17,878.50 in attorney's fees, for 39.73 hours

---

[1] Tina Sharpe is also a named defendant in this case, but the proceedings against Sharpe are stayed pending the resolution of her bankruptcy case, doc. 20, and the plaintiffs did not seek default judgment as to Sharpe, doc. 34 at 1 n.1.

spent on this matter at a rate of $450 per hour, and $1,050.86 in costs incurred through the litigation of this claim. *Id*. at 5, 8. For violations of the FLSA, the court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action," 29 U.S.C. § 216(b), and for violations of Alabama's worthless check law, the plaintiff "may recover such damages, . . . including a reasonable attorney fee, as the jury or court trying the case may assess." Ala. Code § 6-5-285.

The court finds that the plaintiffs' request for attorney fees in the amount of $17,878.50 is reasonable and does not exceed the prevailing market rate for similar services provided by attorneys of reasonably comparable skills, experience, and reputation. *See Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). The court also finds that the plaintiffs' calculation of costs totaling $1,050.86 is reasonable.

For the foregoing reasons, the plaintiffs are entitled to $18,929.36 in attorney's fees and costs, and the plaintiffs' motion, doc. 41, is **GRANTED**. The plaintiffs are also entitled to prejudgment interest of $719.59 on the $12,462.70 in compensatory damages for their state law breach-of-contract claims. Ala. Code § 8-8-10. It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is hereby rendered in favor of the plaintiffs and against defendants Mata Electric LLC, Mata Construction LLC, and Erick Mata for a sum of $80,635.65, which reflects

compensatory damages, statutory damages, prejudgment interest, attorney's fees, and costs. The clerk is **DIRECTED** to close this file, and to **DISMISS** the claims against Tina Sharpe **WITHOUT PREJUDICE**.

**DONE** the 9th day of September, 2021.

*/s/ Abdul K. Kallon*
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE